**REMAND; Opinion issued January 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas
»»»»»»»»»»»»»»»»»»»»»»»»»»»»»»»
No. 05-12-00365-CV
»»»»»»»»»»»»»»»»»»»»»»»»»»»»»»»

**LEW ANDERTON, Appellant**

**V.**

**WILLIAM R. CAWLEY, INDIVIDUALLY AND AS TRUSTEE OF THE BILL
CAWLEY 1997 REVOCABLE TRUST AND BOT REAL ESTATE, LLC, Appellees**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 08-05426-K**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers

On March 15, 2012, appellant filed his notice of appeal seeking review of two post-judgment orders of the trial court. On May 8, 2012, in cause number 05-10-00693-CV, this Court reversed the judgment that was the basis for the orders on appeal in this cause. *See Anderton v. Cawley*, 378 S.W.3d 38 (Tex. App.—Dallas 2012, no pet.). The Court issued its mandate in that cause on November 8, 2012. On November 13, 2012, appellant moved for summary disposition of this appeal, or, alternatively, for remand to the trial court for vacation of its post-judgment orders. Appellees did not file a response to the motion. The Court **GRANTS** the motion and **REVERSES** the trial court's April 6, 2011 Order Dissolving Mineral Interests, Ltd. and Appointing Appraiser and the December 19, 2011 Additional Order Relating to Order Dissolving Mineral Interests, Ltd.

and Appointing Appraiser. The Court **REMANDS** this cause to the trial court for further proceedings.

PER CURIAM

120365F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LEW ANDERTON, Appellant

No. 05-12-00365-CV          V.

WILLIAM R. CAWLEY, INDIVIDUALLY AND AS TRUSTEE OF THE BILL CAWLEY 1997 REVOCABLE TRUST AND BOT REAL ESTATE, LLC, Appellees

Appeal from the 192nd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 08-05426-K).
Opinion delivered per curiam before Chief Justice Wright and Justices Francis and Lang-Miers.

Based on the Court's opinion of this date, we **REVERSE** the trial court's April 6, 2011 Order Dissolving Mineral Interests, Ltd. and Appointing Appraiser and its December 19, 2011 Additional Order Relating to Order Dissolving Mineral Interests, Ltd. and Appointing Appraiser. The Court **REMANDS** this cause to the trial court for further proceedings. We **ORDER** that appellant recover his costs of this appeal from appellees.

Judgment entered January 31, 2013.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE